UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ]  No. 3:12-CR-00205 |
| | ]  JUDGE NIXON |
| MARIO ROMUALDO | ] |

## ORDER SETTING MR. ROMUALDO'S SENTENCING HEARING FOR JULY 12, 2013 AT 10:00 a.m.

Upon agreement of the parties as evidenced by their signatures below, this Court reschedules Mr. Romualdo's sentencing hearing currently set for July 24, 2013 (Docket No. 71) to July 12, 2013 at 10:00 a.m. Any pleadings pertaining to Mr. Romualdo's sentencing hearing shall be filed no later than Monday, July 8, 2013.

IT IS SO ORDERED.

Signed this the 26th day of June 2013.

JOHN NIXON, Judge
United States District Court
Middle District of Tennessee